(No. 6087. April 23, 1934.)

STATE INSURANCE FUND, Appellant, v. BOARD OF COMMISSIONERS OF OWYHEE COUNTY, IDAHO, Respondent.

[34 Pac. (2d) 956.]

William Healy, for Appellant.

L. N. Smith, Prosecuting Attorney of Owyhee County, and Oppenheim and Lampert, for Respondent.

Richards & Haga, as *Amici Curiae.*

HOLDEN, J.—Upon the authority of the opinion in the case *Garrity et al. v. Board of County Commissioners, ante,* p. 342, 34 Pac. (2d) 949, the judgment of the trial court herein is affirmed, with costs to respondent.

Budge, C. J., and Givens, Morgan and Wernette, JJ., concur.

Petition for rehearing denied.